___ Priority
___ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2013
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  JOHN H. BRINK BAR NO. 28018
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  ARMEN BAGHDASARIAN BAR NO. 186447
   IRSFELD, IRSFELD & YOUNGER LLP
3  100 W. Broadway, Ste. 900
   Glendale, CA 91210
4  Telephone: (818) 242-6859
   Facsimile: (818) 240-7728
5
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO.: CV 07-05178-GHK(SHx) |
|---|---|
| Plaintiff, | ) |
| v. | ) CONSENT JUDGMENT |
| RAQUEL BRUNETT, | ) |
| Defendant. | ) |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, RAQUEL BRUNETT, in the total amount of $9,296.22.

Dated: 8/14/13

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk

GEORGE H. KING Chief U.S. District Judge

1